# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:                                                    Case No. 10-71038-MBM
                                                          Chapter 13
                                                          Hon.MARCI B. MCIVOR

     MARISSA MCCOY

                                        Debtor.
_____/

TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340

CHRISTOPHER E. FRANK (P67169)
Attorney for Debtor
117 W. 4th St., #201
Royal Oak, MI 48067
248/677-7445
_____/

## SATISFACTION OF PROOF OF CLAIM PACER # 6

     NOW COMES Creditor, MICHIGAN FIRST CREDIT UNION, by and through its

attorneys, HOLZMAN CORKERY, PLLC, and hereby states that its Proof of Claim #6 filed

11/16/2010, in the above matter has been satisfied and paid in full.

Dated:  December 10, 2010                        Respectfully submitted,


                             HOLZMAN CORKERY, PLLC

                       By:    /S/ TAMARA A. WHITE (P57276)
                             Attorney for Creditor
                             bankruptcy@holzmanlaw.com
                             28366 Franklin Road
                             Southfield, MI  48034
                             (248) 352-4340

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN


IN RE:                                              Case No. 10-71038-MBM
                                                    Chapter 13
                                                    Hon.MARCI B. MCIVOR

        MARISSA MCCOY
                                Debtor.
_____/
TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340

CHRISTOPHER E. FRANK (P67169)
Attorney for Debtor
117 W. 4th St., #201
Royal Oak, MI  48067
248/677-7445
_____/

## PROOF OF SERVICE

Katie G. Hyden, hereby certifies that on December 10, 2010, she filed the following
documents via ECF:

                Satisfaction of Proof of Claim #6
                Proof of Service


which served upon:

Office of the Chapter 13 Standing Trustee and CHRISTOPHER E. FRANK (P67169), Esq.


Dated: December 10, 2010                /S/ Katie G. Hyden for
                                        Holzman Corkery, PLLC
                                        bankruptcy@holzmanlaw.com
                                        28366 Franklin Road
                                        Southfield, MI  48034
                                        (248) 352-4340